IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
MAY 1 0 2005
Michael M. Milby, Clerk of Court

| | |
|---|---|
| SUSAN SEPTIMUS § | |
| § | |
| § | |
| versus § | CIVIL ACTION NO. H-00-3307 |
| § | |
| § | |
| UNIVERSITY OF HOUSTON § | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(a)(2), this cause is hereby **DISMISSED** on the merits without prejudice to the right of counsel to move for reinstatement of this action within ninety (90) days if settlement is not consummated.

**FURTHERMORE**, the Court shall retain jurisdiction to enforce the settlement agreement in its discretion upon an appropriate motion made within ninety (90) days of this Order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S. Ct. 1673, 1677 (1994); *Bell v. Schexnayder*, 36 F.3d 447, 448-50 (5th Cir. 1994); and 298 F2d 424, *Hospitality House v. Gilbert*.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 10th day of May, 2004, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE